**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 26-1311**

———————————

LEONARD W. HOUSTON,

                Plaintiff - Appellant,

        v.

UNITED STATES OF AMERICA,

                Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  Terrence W. Boyle, District Judge.  (7:23-cv-01202-BO-RJ)

———————————

Submitted:  April 16, 2026                          Decided:  May 22, 2026

———————————

Before WILKINSON, WYNN, and RICHARDSON, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Leonard W. Houston, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leonard W. Houston seeks to appeal the district court's February 27, 2026, text order denying his motion for leave to amend and supplement his short-form complaint in his pending action under the Camp Lejeune Justice Act of 2022, Pub. L. No. 117-168, § 804, 136 Stat. 1802, 1802-04 (2022).  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Houston seeks to appeal is neither a final order nor an appealable interlocutory or collateral order.  Accordingly, we dismiss the appeal for lack of jurisdiction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*